# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**United States of America**

v.

**Alexander Edinilson Pineda**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**No. 22-01102MJ-001-PHX-JFM**

George Jacob Romero (FPD)
Attorney for Defendant

YOB: 1986        ICE# A202065644

**THE DEFENDANT ENTERED A PLEA OF** guilty on 2/22/2022 to Count 2 of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, U.S.C. §1325(a)(1), Illegal Entry by Alien, a Class B Misdemeanor offense, as charged in Count 2 of the Complaint.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **THIRTY (30) DAYS,** with credit for time served.

**IT IS ORDERED** Count 1 is dismissed on motion of the United States.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED    **FINE:** WAIVED    **RESTITUTION:** NONE

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver. However, should you believe you still have a right to appeal this matter, you must file a written notice of appeal with the Clerk of Court in Phoenix, Arizona, within fourteen (14) days from the entry of judgment.

The Court orders commitment to the custody of the Bureau of Prisons.

The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence: **Tuesday, February 22, 2022**

Case 2:22-mj-01102-JFM   Document 10   Filed 02/23/22   Page 2 of 2

22-01102MJ-001-PHX-JFM                                              Page 2 of 2
USA vs. Alexander Edinilson Pineda

Dated this 23rd day of February, 2022.

*Honorable James F. Metcalf*
*United States Magistrate Judge*

**RETURN**

I have executed this Judgment as follows:

defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

United States Marshal                                By:   Deputy Marshal

22-01102MJ-001-PHX-JFM- Pineda        2/23/2022 - 8:32 AM